```
 1  David Allegrucci, (#012611)
    ALLEGRUCCI LAW OFFICE, PLLC
 2  307 North Miller Road
    Buckeye, Arizona 85326
 3  Telephone : (623) 412-2330
    Facsimile  : (623) 878-9807
 4
    Attorney for Debtors
 5
```

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Case No: 2-10-bk-17779-RJH |
| ) | In Proceedings Under Chapter 11 |
| HAROLD KLINGER, ) | |
| And ) | AMENDED CERTIFICATE OF SERVICE |
| PENNY Y KLINGER, ) | ON SUMMONS AND COMPLAINT TO |
| ) | DETERMINE SECURED STATUS OF |
| Debtors. ) | JUNIOR DEED OF TRUST AND FOR |
| ) | ORDER TO REMOVE THE SAME FROM |
| | REALTY INTEREST |
| HAROLD KLINGER, ) | |
| PENNY Y KLINGER ) | |
| ) | |
| Plaintiffs, ) | Adv. No. 2:10-ap-01836-RJH |
| v. ) | |
| ) | |
| JPMORGAN CHASE BANK, N.A. ) | |
| Defendant(s). ) | |

DAVID ALLEGRUCCI states that he is, and at all times mentioned herein, was a citizen of the United States, over the age of 21 years, and a resident of the County of Maricopa, State of Arizona; he is not a party in the above entitled proceedings; on the 28th day of October, 2010, he caused to be deposited in the United States Mail at Buckeye, Arizona, in a sealed envelope with postage thereon prepaid, a copy of the "Summons in an Adversary Proceeding" and "Complaint to Determine Secured Status of Junior Deed of Trust and for Order to Remove the Same from Realty Interest" to be mailed to the following persons, at the address listed for each:

| | |
|---|---|
| 1 | Jennifer A Giaamo<br>Office of the United States Trustee<br>230 N First Ave., #204<br>Phoenix, AZ 85003-1706 |
| | |

Jennifer A Giaamo
Office of the United States Trustee
230 N First Ave., #204
Phoenix, AZ 85003-1706

JP Morgan Chase Bank
P.O. Box 78035
Phoenix, AZ 85062
Defendant

Harold and Penny Klinger
5747 E Caballo Drive
Paradise Valley, AZ 85253
Debtors

*And a courtesy copy to:*
Mr. James Ball, Esq.
2999 North 44th Street, Ste 500
Phoenix, AZ 85018

Dated this 29th day of October 2010.

                                                                                               /s/ DEA David Allegrucci (#012611)
                                                                                                Attorney for Debtor