TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-52250/ xxxxxxxxxxxxxx6940

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

IN RE:

HAROLD KLINGER,
and
PENNY Y. KLINGER,
Debtors.

HAROLD KLINGER,
PENNY Y. KLINGER.

Plaintiffs
vs.

JPMORGAN CHASE BANK, N.A.
Defendants,

Adversary Case No. Adv. No. 2-10-ap-01836-RJH

**Bankruptcy Case No.** 2-10-bk-17779-RJH

Chapter 13

**RESPONSE TO DEBTOR'S COMPLAINT TO COMPLAINT TO DETERMINE SECURED STATUS OF JUNIOR DEED OF TRUST AND FOR ORDER TO REMOVE THE SAME FROM REALTY INTEREST**

JPMORGAN CHASE BANK, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby and files this limited response to adversary complaint filed by the Debtor for the following reasons:

Secured Creditor does not oppose the relief sought by the Debtor's as long as there is language in the subsequent order noting that the subject lien is "stripped", and/or extinguished, only upon the completion of the Debtors Chapter 13 plan and they receive a discharge .

DATED this 17th day of November, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ LJM #014228
Leonard J. McDonald
Attorneys for Secured Creditor

COPY of the foregoing mailed
November 17, 2010 to:

Harold and Penny Klinger
5747 E Caballo Drive
Paradise Valley, AZ 85253
Debtors

DAVID ALLEGRUCCI
ALLEGRUCCI LAW OFFICE PLLC
307 North Miller Road
Buckeye, AZ 85326

Jennifer A Giaamo
Office of the United States Trustee
230 N First Ave., #204
Phoenix, AZ 85003-1706

By: April Crane