TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-52250

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Harold Klinger and Penny Y. Klinger<br><br>Debtors. | Adversary Case No. 2-10-ap-01836-RJH<br><br>Bankruptcy Case No. 2:10-bk-17779-RJH<br><br>Chapter 11 |
| JP Morgan Chase Bank National Association as Trustee for the MLMI SURF Trust Series 2005-BC4<br><br>Secured Creditor,<br>vs.<br><br>Harold Klinger and Penny Y. Klinger, Debtors; Trustee.<br><br>Respondents. | AMENDED RESPONSE TO DEBTOR'S COMPLAINT TO DETERMINE SECURED STATUS OF JUNIOR DEED OF TRUST AND FOR ORDER TO REMOVE THE SAME FROM REALTY INTEREST |

JP Morgan Chase Bank National Association as Trustee for the MLMI SURF Trust Series 2005-BC4, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby files this amended limited response to adversary complaint filed by the Debtor for the following reasons:

Secured Creditor does not oppose the relief sought by the Debtors as long as there is language in the subsequent order noting that the subject lien is "stripped", and/or extinguished, only upon the completion of the Debtors' Chapter 11 plan and receipt of a discharge.

DATED this 16th day of December, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ LJM #014228
Mark S. Bosco
Leonard J. McDonald
Attorneys for Secured Creditor

COPY of the foregoing mailed
December 16, 2010 to:

Harold Klinger and Penny Y. Klinger
5747 E. Caballo Drive
Paradise Valley, AZ 85253
Debtors

David Allegrucci
307 North Miller Road
Buckeye, AZ 85326
Attorney for Debtors

By: /s/ Heidi Nelson