# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

***Hearing Information:***

| | |
|---|---|
| **Debtor:** | HAROLD & PENNY Y. KLINGER |
| **Case Number:** | 2:10-bk-17779-RJH **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 24, 2011 10:00 AM 6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

***Matter:***

**ADV: 2-10-01836**

**HAROLD KLINGER vs JPMorgan Chase Bank N.A.**

STATUS HEARING ON COMPLAINT TO DETERMINE VALIDITY, PRIORITY OR EXTENT OF LIEN

**R / M #:** 1 / 0

***Appearances:***

NO APPEARANCES

***Proceedings:***

THE COURT NOTES THE NOTICE SETTING THIS HEARING MAY NOT HAVE BEEN SERVED.
IT IS FURTHER NOTED A HEARING HAS BEEN SET FOR JANUARY 27, 2011 AT 2:00 PM IN THIS ADVERSARY.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO THURSDAY, JANUARY 27, 2011 AT 2:00 PM.