# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## ***Hearing Information:***

**Debtor:** HAROLD & PENNY Y. KLINGER
**Case Number:** 2:10-bk-17779-RJH **Chapter:** 11

**Date / Time / Room:** THURSDAY, JANUARY 27, 2011 02:00 PM 6TH FLOOR #603

**Bankruptcy Judge:** RANDOLPH J. HAINES
**Courtroom Clerk:** JANET SMITH
**Reporter / ECR:** SHERI FLETCHER

## ***Matters:***

1) **ADV: 2-10-01836**
   **HAROLD KLINGER vs JPMorgan Chase Bank N.A.**
   ORAL ARGUMENT ON LIMITED OBJECTION TO ADVERSARY RELIEF
   **R / M #:** 10 / 0

2) **ADV: 2-10-01836**
   **HAROLD KLINGER vs JPMorgan Chase Bank N.A.**
   STATUS HEARING ON COMPLAINT TO DETERMINE VALIDITY, PRIORITY OR EXTENT OF LIEN
   **R / M #:** 1 / 0

## ***Appearances:***

DAVID ALLEGRUCCI, ATTORNEY FOR HAROLD KLINGER, PENNY Y. KLINGER
DARYL DORSEY, ATTORNEY FOR JPMORGAN CHASE BANK N.A.

## ***Proceedings:***

Mr. Dorsey explained Chase Banks position. He stated if the debtors won't agree to the language then Chase needs to get an appraisal done. He suggested an evidentiary hearing set in 60 days.

Mr. Allegrucci responded agreeing to an evidentiary hearing in 60 days.

COURT: IT IS ORDERED SETTING A ONE HOUR EVIDENTIARY HEARING ON MARCH 29, 2011 AT 2:00 PM LIMITED TO VALUATION ALTHOUGH THE COURT WILL ALSO ADDRESS THE ISSUE AT THAT TIME OF WHEN THE STRIP OCCURS. PARTIES MAY FILE TRIAL MEMORANDA BY MARCH 22, 2011. PARTIES ARE DIRECTED TO FILE A JOINT PRE-TRIAL STATEMENT BY MARCH 15TH AS WELL AS EXCHANGE APPRAISALS & WITNESSES.